A CERTIFIED TRUE COPY
ATTEST

By Delora Davis on Jan 05, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 17, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-9)**

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See __F.Supp.2d__ (J.P.M.L. 2009).* Since that time, 129 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 05, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED TRUE COPY
Clerk of Court
BY: [signature]
Deputy Clerk
Date 1/7/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                           MDL No. 2100

## SCHEDULE CTO-9 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA MIDDLE
ALM  2  09-1092               Tonya Rogers v. Bayer Corp., et al.              10-20001

CALIFORNIA CENTRAL
~~CAC  2  09-8762~~           ~~Sudria Andrews v. Bayer Corp., et al.~~ Opposed 01/04/10

CALIFORNIA EASTERN
CAE  2  09-3344               Sandra Perez v. Bayer Corp., et al.              10-20002

CALIFORNIA NORTHERN
CAN  3  09-5558               Chalene Gutierrez, et al. v. Bayer Corp., et al.   10-20003
CAN  3  09-5610               Kristin Van Cuyck, et al. v. Bayer Corp., et al.  10-20004

COLORADO
CO   1  09-2763               Jennifer Johnson v. Bayer Corp., et al.          10-20005

INDIANA SOUTHERN
INS  1  09-1455               Kimberley Johnson v. Bayer Healthcare Pharmaceuticals, Inc., et al. 10-10006
INS  1  09-1464               Kimberly Willis v. Bayer Corp., et al.            10-20007

LOUISIANA WESTERN
LAW  1  09-1953               Shannin West v. Bayer Corp., et al.              10-20008

MINNESOTA
MN   0  09-3383               Fadia As-Saidi v. Bayer Corp., et al.            10-20009
MN   0  09-3384               Katheryn Meadows v. Bayer Corp., et al.          10-20010
MN   0  09-3385               Linda Barney v. Bayer Corp., et al.              10-20011

MISSOURI EASTERN
MOE  4  09-1913               Michelle S. House-Connaghan v. Bayer Corp., et al. 10-20012

**MDL No. 2100 - Schedule CTO-9 Tag-Along Actions (Continued)**

**DIST. DIV. C.A.#**          **CASE CAPTION**

NEW YORK SOUTHERN
- NYS  1  09-9019    Jacqueline Schmidt v. Bayer Corp., et al.                  10-20013
- NYS  1  09-9150    Vanessa Griggs v. Bayer Corp., et al.                      10-20014
- NYS  1  09-9632    Elizabeth O'Connor v. Bayer Corp., et al.                  10-20015
- NYS  1  09-9751    Sondra Verser, et al. v. Bayer Corp., et al.               10-20016
- NYS  1  09-9752    Muriel Robinson, et al. v. Bayer Corp., et al.             10-20017
- NYS  1  09-9754    Lake Bedoya v. Bayer Corp., et al.                         10-20018
- NYS  1  09-9756    Elizabeth Levy v. Bayer Corp., et al.                      10-20019
- NYS  1  09-9757    Robin Terrase, et al. v. Bayer Corp., et al.               10-20020
- NYS  1  09-9758    Cynthia Hale v. Bayer Corp., et al.                        10-20021
- NYS  1  09-9868    Sara R. Heffernan v. Bayer Corp., et al.                   10-20022
- NYS  1  09-9869    Kristin Mahr, et al. v. Bayer Corp., et al.                10-20023
- NYS  1  09-9871    Julia Gonzalez v. Bayer Corp., et al.                      10-20024
- NYS  1  09-9872    Daniela L. Delgado, et al. v. Bayer Corp., et al.          10-20025
- NYS  7  09-9990    Jennifer Pugh, et al. v. Bayer Corp., et al.               10-20026

OHIO NORTHERN
- OHN  1  09-2677    Deborah Williams, et al. v. Bayer Corp., et al.            10-20027

OKLAHOMA WESTERN
- OKW  5  09-1277    Susan K. Martin v. Bayer Corp., et al.                     10-20028
- OKW  5  09-1324    Lesley Ann Dunnagan v. Bayer Corp., et al.                 10-20029

TEXAS NORTHERN
- TXN  4  09-725     Camaryn Bolton v. Bayer Corp., et al.                      10-20030

TEXAS SOUTHERN
- TXS  4  09-3668    Maria Muzquiz, et al. v. Bayer Corp., et al.               10-20031
- TXS  4  09-3792    Susan Prather v. Bayer Corp., et al.                       10-20032
- TXS  4  09-3794    Melissa Marchbanks v. Bayer Corp., et al.                  10-20033
- TXS  4  09-3858    Calle Askew v. Bayer Corp., et al.                         10-20034